UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, ET AL., ) | CASE NO. 3:19-CV-01525-JZ |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v ) | JUDGE JACK ZOUHARY |
| ) | |
| ) | |
| NT LOGISTICS, INC., ET AL. ) | DISMISSAL AND JUDGMENT |
| ) | ENTRY |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned attorneys hereby agree that the above captioned matter has been settled and dismissed, with prejudice, as to all claims between all parties, including any cross claims, and that the Court may enter an order accordingly, notice by the Clerk being hereby waived. Each party to bear its own costs.

Notwithstanding this dismissal, the Court retains jurisdiction over this case for the purpose of enforcing the terms of settlement, including the resolution of any liens.

 /S/ Nathan R. Boyd
Nathan R. Boyd (0077734)
Attorney for Plaintiffs

/S/ David R. Hudson
David R. Hudson (0084988)
Attorney for Defendant
N.T. Logistics, Inc.

 /S/ Richard S. Matas
Richard S. Matas (0064946)
Attorney for Defendant
Grand Island Express, Inc.

IT IS SO ORDERED

_____
JUDGE JACK ZOUHARY